IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIERAN M. NYANGARESI,

    Plaintiff,

v.                                             Civil Action No. 3:18CV241

MATTHEW MELLERSON,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 1, 2018, the Court conditionally docketed this action filed by Kieran M. Nyangaresi.

On May 10, 2018, the United States Postal Service returned the May 1, 2018 Memorandum Order marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Nyangaresi has not contacted the Court to provide a current address. Nyangaresi's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Nyangaresi.

                                                      /s/    REP
                                            Robert E. Payne
Date: June 5, 2018               Senior United States District Judge
Richmond, Virginia